**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Adalberto MANRIQUEZ–GUTIERREZ,
Defendant—Appellant.**

No. 06–10353.

United States Court of Appeals,
Ninth Circuit.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 14, 2008 *.

Filed Feb. 1, 2008.

Bradley Giles, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ramiro S. Flores, Esq., Law Offices of Ramiro S. Flores, Tucson, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Adalberto Manriquez–Gutierrez appeals from his 51–month sentence imposed for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Manriquez–Gutierrez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the sentence is **AFFIRMED**.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.